Michael Johnson 19505-075
FULL NAME

_____
COMMITTED NAME (if different)

USP-Victorville (HOLDOVER)
FULL ADDRESS INCLUDING NAME OF INSTITUTION

PO BOX 3900 Adelanto, CA 92301
#19505-075
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**LACV21-2677-MCS-MAR**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | CASE NUMBER |
| | |
| | *To be supplied by the Clerk* |
| PLAINTIFF, | |
| v. | |
| | **CIVIL RIGHTS COMPLAINT** |
| | **PURSUANT TO** *(Check one)* |
| DEFENDANT(S). | ☐ 42 U.S.C. § 1983 |
| | ☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? ___1___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

---

CV-66 (7/97)                       CIVIL RIGHTS COMPLAINT                       Page 1 of 6

a. Parties to this previous lawsuit:
Plaintiff MICHAEL JOHNSON

Defendants CLARKSVILLE (TN.) POLICE DEPT. / OFFICER EVON PARKES (STATES)

b. Court UNITED FEDERAL COURTHOUSE FOR THE MIDDLE DISTRICT OF TENNESSEE

c. Docket or case number I DONT REMEMBER

d. Name of judge to whom case was assigned ALETA A. TRAUGER

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) DISMISSED

f. Issues raised: OFFICER EVON PARKED COMMITTED PERJURY UNDER OATH AND PHYSICAL EVIDENCE PROVED THIS BUT THE COURTS CREDITED HIS TESTIMONY AS GOOD FAITH.

g. Approximate date of filing lawsuit: I DONT REMEMBER.

h. Approximate date of disposition I DONT REMEMBER

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

If your answer is no, explain why not I FILED A GRIEVANCE (SENSITIVELY) ON 8/16/11 PUT IT IN THE MAIL TO THE WESTERN REGIONAL OFFICE AS CERTIFIED MAIL GOT THE RECIEPTS TO PROVE THIS, AND NEVER GOT A RESPONSE. ON 8/24/20 SENT SF95 IN JURY TORT CLAIM AS WELL, CERTIFIED MAIL, NO RESPONSE

3. Is the grievance procedure completed? ☐ Yes ☑ No HAVE RECIEPTS TO PROVE THIS.

If your answer is no, explain why not I FILED THE BP8 (228) THEN I FILED THE B9 (229) SENSITIVELY WITH THE WESTERN REGIONAL OFFICE, THEY NEVER RESPONDED, IT HAS BEEN (AS OF TODAY 198 DAYS) AND NO RESPONSE.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff MICHAEL JOHNSON
(print plaintiff's name)

who presently resides at USP-VICTORVILLE (HOLDOVER) PO BOX 3900 ADELANTO CA 92301
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
FEDERAL CORRECTIONAL INSTITUTION HERLONG / PO BOX 800
(institution/city where violation occurred)
HERLONG, CA. 96113

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

on (date or dates) 8/11/20 , _____ , _____ .
                   (Claim I)           (Claim II)              (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   LT. S. MATA
   (full name of first defendant)                                        resides or works at
   FCI HERLONG - PO BOX 800, HERLONG, CA 96113
   (full address of first defendant)
   LEUITENANT
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law: ABUSED HIS POWER/AUTHORITY, ON 8/11/20 LT. S. MATA WAS SUPERVISING/AND OFFICER IN CHARGE OF THE USE OF FORCE TACTICAL YEAM THAT ADMINISTERED CRUEL AND UNUSUAL PUNISHMENT THAT RESULTED IN INJURY FOR ME,

2. Defendant   USE OF FORCE TACTICAL TEAM
   (full name of first defendant)                                        resides or works at
   FCI HERLONG PO BOX 800 HERLONG, CA. 96113
   (full address of first defendant)
   USE OF FORCE TACTICAL YEAM (SEVERAL OFFICERS)
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
ABUSED THEIR POWER/AUTHORITY THAT CAUSED ME BODILY INJURY, AND I COMPLIED WITH ALL DIRECTIVE ORDERS, STILL WAS TREATED WITH CRUEL AND UNUSUAL PUNISHMENT.

3. Defendant   _____
   (full name of first defendant)                                        resides or works at
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

4.   Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.   Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

(1) MY 15 TH ~~amendment~~ AMENDMENT RIGHT HAS BEEN VIOLATED, WHICH PROTECTS ALL INDIVIDUALS FROM CRUEL AND UNUSUAL PUNISHMENT. (2) MY DUE PROCESS RIGHT HAS BEEN VIOLATED AS WELL BY THE WESTERN REGIONAL OFFICE BY THEIR OFFICE RECIEVED MY SF-95 (INJURY TORT CLAIM) AND MY SENSITIVE BP229 (ADMINISTRATIVE REMEDY) IN AUGUST OF 2020 AND NEVER RESPONDED OR SENT ME A RECIEPT OF RECIEVING MY SF-95 AND BP229, WHICH I SENT TO THEIR OFFICE CERTIFIED, AND THE UNITED STATES POSTAL SERVICES HAS CONFIRMED THAT BOTH DOCUMENTS MADE IT TO THE WESTERN REGIONAL OFFICE IN AUGUST OF 2020. THIS IS AN ACT OF HINDERING ME DUE PROCESS WITH STONEWALLING TACTICS,

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(1) ON 6/11/20 WHEN LT. S. MATA, NURSE GREENE, AND THE USE OF FORCE TACTICAL TEAM CAME TO MY CELL DOOR (SPECIAL HOUSING UNIT, RANGE #1 CELL #111) WITH HAND HELD CAMERA IN HAND (THAT RECORDED THIS WHOLE INCIDENT THAT WILL BACK MY CLAIM). (2) LT. S. MATA GAVE ME A DIRECT ORDER TO COME TO THE CELL DOOR I COMPLIED LT. S. MATA THEN INSTRUCTED ME (MICHAEL JOHNSON #19505-075) TO STRIP ALL THE WAY DOWN TO MY BOXERS, SUBMIT TO THE HANDCUFFS, WALK TO THE VERY BACK OF THE CELL AND FACE THE WALL, I COMPLIED WITHOUT INCIDENT. (3) LT. S. MATA THEN INSTRUCTED MY CELLMATE (I/M CAIN #91350-063) TO COME TO THE DOOR SUBMIT TO THE HANDCUFFS, INMATE CAIN #91350-063 SUBMITED TO THE HANDCUFFS, (4) AFTER INMATE CAIN #91350-063 COMPLIED AND SUBMITTED TO THE HANDCUFFS, LT. S. MATA

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

① 3/18/21

"Supporting Facts: Claim 1 continued"

Instructed the use of force team (tactical team) to open up my cell door spray me and my cellmate and close the door. ⑤ The use of force tactical team complied with Lt. S. Mata instructions, sprayed me and inmate Cain # 91350-083 with pepper spray (while I, I/m Michael Johnson # 19505-075, and inmate Cain # 91350-083 were handcuffed with our hands behind our backs) ⑥ Lt. S. Mata then instructed the use of force tactical team to open the cell door a second time and spray I, I/m Michael Johnson and I/m Cain # 91350-083, and the use of force tactical team complied with Lt. S. Mata instructions and pepper sprayed us again (while I, I/m Michael Johnson # 19505-075 and I/m Cain # 91350-083 both was already handcuffed with our hands in restraints behind our backs.) and closed the door again. (This incident was recorded by the use of force tactical team on 8/11/20 on a hand held camera recorder.) ⑦ The third time Lt. S. Mata instructed the use of force tactical team to open the cell door, the use of force tactical team entered my cell, removed inmate Cain # 91350-083 and instructed me to get on my ~~knees~~ knees, I complied without incident, and I was on my knees atleast '20 minutes drenched in pepper spray, eyes, face, and skin burning while some members of the use of force tactical team stood over me with their hands on my shoulders, and my arms in an arm bar hold (with my hands cuffed behind my back.) ⑨ Then the use of force tactical team picked me up from the cell floor by the handcuffs and my forearms, that caused me the left shoulder injury that I got still to this day. I reported my

②

3/18/21

"SUPPORTING FACTS: CLAIM 1 CONTINUED

INSURE TO OFF. MIRANDA AND LT. MULLINS WHEN THEY CAME TO TAKE PICTURES OF ME, A FEW HOURS LATER ON 8/11/20. MY SHOULDER PAIN DIDNT KICK IN RIGHT WHEN INCIDENT OCCURED, BUT LATER IT DID. WITH THIS CLAIM I AM SENDING "6" SUPPORTING DOCUMENTS THAT BACK UP MY CLAIM. ALSO, I/M CAIN # 91350-083 RECIEVED DISCIPLINARY INCIDENT REPORTS ON 8/11/20 FOR THESE INCIDENTS AND I, I/M MICHAEL JOHNSON # 19505-075 DID NOT. ALL OF FCI HERLONG DOCUMENTS ABOUT THIS INCIDENT WILL SAY THAT I COMPLIED AND FOLLOWED ALL DIRECTIVES GIVEN TO ME BY LT. S. MATA. ⑩ MY CELL WAS NOT BARRICADED, I/M CAIN # 91350-083 PUT A PIECE OF PAPER OVER THE WINDOW AND TOLD OFFICERS SIMPSON, ROBERTS, AND LT. S. MATA, AND MYSELF THAT HE IS A PROTECTIVE CUSTODY INMATE AND HE IS NOT SUPPOSE TO BE IN THE CELL WITH ME, A ADMINISTRATION SEGREGATION INMATE, AND INMATE CAIN # TOLD OFFICERS SIMPSON, ROBERTS, AND LT. S. MATA THAT HE IS NOT GOING TO UNCOVER THE CELL WINDOW UNTIL THEY MOVE HIM OUT OF THE CELL WITH I, I/M MICHAEL JOHNSON # 19505-075, AND INTO THE CELL WITH ANOTHER PROTECTIVE CUSTODY INMATE. EARLIER ON THIS DATE OF THE INCIDENT, 8/11/20, LT. S. MATA CAME TO MY CELL DOOR, RANGE 1 CELL #111 SPECIAL HOUSING UNIT, KNOCKED ON MY DOOR AND TOLD MY CELL MATE AT THE TIME I/M DYRELL ANDERSON # 49099-086 TO PACK HIS PROPERTY THAT HE IS MOVING, I/M DYRELL ANDERSON # 49909-086 ASKED LT. S. MATA WHY WAS HE MOVING? LT. S. MATA STATED TO I/M ANDERSON # 49099-086 THAT HE IS MOVING BECAUSE POLICY STATES THEY CAN NO LONGER HOUSE ADMINISTRATIVE SEGREGATION

③                                                     3/18/21

"SUPPORTING FACTS: CLAIM 1 CONTINUED

INMATES WITH PROTECTIVE CUSTODY INMATES,
FCI HERLONG RECORDS will CONFIRM THAT
I/M DYRELL ANDERSON # 49099-086 WAS INDEED
A PROTECTIVE ON 8/11/20 AND HOUSED IN CELL
CUSTODY INMATE
# 111, RANGE # 1 OF THE SPECIAL HOUSING UNIT, AND
WAS MOVED OUT OF THE CELL WITH ME, I/M MICHAEL
JOHNSON # 19505-075 BECAUSE HE WAS A PROTECTIVE
CUSTODY INMATE AND I WAS AN ADMINISTRATIVE
SEGREGATION INMATE, FCI HERLONG RECORDS WILL
CONFIRM THAT ON 8/11/20 THAT I/M CAIN # 91350-083
WAS INDEED A PROTECTIVE CUSTODY INMATE, THAT
LT. S. MATA MOVED IN THE CELL WITH ME, AFTER HE
JUST MOVED I/M DYRELL ANDERSON # 49909-086
OUT OF THE CELL WITH ME BECAUSE LT. S. MATA SAID
POLICY STATES THAT HE (LT. S. MATA) COULD NO
LONGER HOUSE ADMINISTRATION SEGREGATION INMATES
WITH PROTECTIVE CUSTODY INMATES, LT. S. MATA MOVED
A PROTECTIVE CUSTODY INMATE OUT OF THE CELL WITH
ME, AND PUT ANOTHER PROTECTIVE CUSTODY INMATE
IN THE CELL WITH ME.

                    END OF STATEMENT

                                      3/18/21

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

FOR MY PHYSICAL, EMOTIONAL PAIN AND DURESS, I FEEL LIKE I AM ENTITLED TO MONETARY RELIEF OF ~~$1,000,000~~ $1.5 MILLION DOLLARS, FOR I WAS ASSAULTED AND RECIEVED A PHYSICAL INSURY FROM FCI HERLONG USE OF FORCE TACTICAL TEAM THAT WAS ACTING UNDER THE DIRECT ORDERS OF LT. S. MATA, TIL THIS DAY I AM STILL IN PAIN AND I AM STILL SUFFERING FROM THIS INSURY THAT MEDICAL STAFF AT FCI HERLONG AND USP VICTORVILLE HAS REFUSED TO GIVE ME MEDICAL TREATMENT FOR. AN MRI WAS ORDERED ON 9/11/20 THAT I STILL NOT HAVE RECIEVED AFTER RN SHAYNE BULLOCK CONFIRMED I MAY HAVE NERVE DAMAGE IN MY LEFT SHOULDER. I AM ABSOLUTELY TERRIFIED OF THE CORRECTIONAL OFFICERS NOW WHEN THEY TO PUT HANDCUFFS ON ME BECAUSE OF THE INCIDENT THAT OCCURED ON 4/11/20 AND I WAS DOING THE RIGHT THING BY COMPLYING, BEING COOPERITIVE, AND FOLLOWING DIRECT ORDERS, AND DOING ALL THIS GOT ME PEPPER SPRAYED AND A SEVERE SHOULDER INSURY AFTER I WAS IN HANDCUFFS WITH MY HANDS BEHIND MY BACK. I HAVE TROUBLE SLEEPING, I NEED TO SEE A DOCTOR ABOUT THIS BOUT OF PTSD I HAVE BEEN LEFT WITH FROM THIS INCIDENT THAT OCCURED ON 4/11/20.

3/14/21
(Date)

(Signature of Plaintiff)

CV-66 (7/97)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, MICHAEL | | | | | Reg #: | 19505-075 |
| Date of Birth: | 11/22/1977 | Sex: | M | Race: BLACK | | Facility: | HER |
| Note Date: | 08/12/2020 07:09 | Provider: | | Bullock, Shay NP-C | | Unit: | Z01 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

A DMINISTRATIVE NOTE   **1**       Provider:   Bullock, Shay NP-C

Per RN's report: inmate's shoulder was injured as a disturbance control team entered their cell to restrain his barricaded cell mate.  He reports tenderness to touch and guards at any ROM.

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Shoulder-2 view [Left] | One Time | | 08/13/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

inmate reports his left shoulder was injured in a use of force last night, tenderness to touch and guards at any ROM.

**Disposition:**

To be Evaluated by Provider

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bullock, Shay NP-C on 08/12/2020 07:13

Requested to be cosigned by  Allred, D. DO/CD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, MICHAEL | | Reg #: | 19505-075 |
| Date of Birth: | 11/22/1977 | Sex:    M    Race: BLACK | Facility: | HER |
| Note Date: | 08/12/2020 08:29 | Provider:    Bullock, Shay NP-C | Unit: | Z01 |

Review Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    1        Provider:    Bullock, Shay NP-C

Medical trip return from ophthalmogy.
Medical trip return, documents to be scanned into record. Recommend 6 month follow up and formal visual field testing.

**ASSESSMENTS:**

Injury  muscle/fascia/tendon at shoulder/uppper arm, S46909S - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 08/12/2020 08:29 |

**Prescriber Order:**    two tabs Orally  -four times a day x 4 day(s)

Indication:   Injury  muscle/fascia/tendon at shoulder/uppper arm

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Bullock, Shay NP-C on 08/12/2020 08:30

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, MICHAEL | | | Reg #: | 19505-075 |
| Date of Birth: | 11/22/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/12/2020 07:09 | Provider: | Bullock, Shay NP-C | Facility: | HER |

**Cosigned by Allred, D. DO/CD on 08/12/2020 15:03.**

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #:  19505-075                    Inmate Name:  JOHNSON, MICHAEL

## Housing Status

__ confined to the living quarters except __meals    __pill line    __treatments    Exp. Date: _____

__ on complete bed rest: ____bathroom privileges only    Exp. Date: _____

**X** cell:   __cell on first floor __single cell **X** lower bunk __airborne infection isolation    Exp. Date: 03/11/2021

**X** other:  Please allow inmate to purchase milk of magnesia from the commissary.    Exp. Date: 11/09/2020

## Physical Limitation/Restriction

__ all sports    Exp. Date: _____

__ weightlifting: __upper body    __lower body    Exp. Date: _____

__ cardiovascular exercise: __running __jogging __walking __softball    Exp. Date: _____
__football __basketball __handball __stationary equipment

__ other: _____    Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Sling | 09/11/2020 | 09/24/2020 | |

instead of sling:
use rest, elevation, alternate cold or warm compresses, and OTC pain mediation to manage pain

| Dental Appliance | 01/18/2012 | | |

## Work Restriction / Limitation:

Cleared for Food Service:  **Yes** ____

**X** No Restrictions

**Comments:**  care level 1

_____    09/24/2020
Bullock, Shay NP-C
Health Services Staff    Date

Inmate Name: ____ **JOHNSON, MICHAEL** ____  Reg #: __ **19505-075** __ Quarters: __ **A11** __

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, MICHAEL | | Reg #:  19505-075 |
| Date of Birth: | 11/22/1977 | Sex:  M  Race: BLACK | Facility: HER |
| Encounter Date: | 09/11/2020 07:51 | Provider: Bullock, Shay NP-C | Unit:  Z06 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1          Provider:  Bullock, Shay NP-C

Chief Complaint:  Chronic Care Clinic

Subjective:  42 year old African American Male
prd 7/2023

HTN WNL in clinic today
lipids: still awaiting labs
pre-DM on metformin
CKD(2) low protein diet 9/19: GFR 67
glaucoma> ou surgery, no drops.
recommend 6 mos follow up for formal visual field testing
shoulder

Pain:  Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/11/2020 07:54 |
| Location: | Shoulder-Left |
| Quality of Pain: | Shooting |
| Pain Scale: | 8 |
| Intervention: | APAP low dose, warm compress |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1 Month |
| Duration: | 1 Month |
| Exacerbating Factors: | movement |
| Relieving Factors: | hot shower |
| Reason Not Done: | |
| Comments: | |

**Seen for clinic(s):** Endocrine/Lipid, Hypertension, Orthopedic/Rheumatology

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/11/2020 | 07:51 HER | 98.0 | 36.7 | | Bullock, Shay NP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/11/2020 | 07:51 HER | 94 | | | Bullock, Shay NP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

Reg #:  19505-075                    Inmate Name:  JOHNSON, MICHAEL

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Pending Institutional Clinical Director Action
   No Data Found

Pending UR Committee Action
   Consultation/Procedure Requested: Radiology
                         Subtype: MRI, Offsite
                         Priority: Routine
                         Location: Offsite
                     Ordered Date: 09/11/2020
              Scheduled Target Date: 10/02/2020
                     Level Of Care:

               Reason for Request: Requesting an MRI of the left shoulder for 42 year old black male was injured by
                                   being lifted from prone position in hand cuffs.  X-ray was negative.  ROM has not
                                   improved after 4 weeks of conservative therapy.
            Provisional Diagnosis:

Pending Regional Review Action
   No Data Found

Pending Scheduling
   No Data Found

Pending Consultation
   Consultation/Procedure Requested: Ophthalmology
                         Subtype: Offsite Eval
                         Location: Offsite
                     Ordered Date: 08/12/2020
              Scheduled Target Date: 02/01/2021
                 Scheduled Date: **SEE BEMR**
                 Level Of Care: Medically Necessary-Acute or Emergent
               Reason for Request: Consulting ophthalmologist Recommend 6 month follow up and formal visual field
                                   testing.
            Provisional Diagnosis:

Pending Results
   No Data Found

Sickle Cell:
   Sickle Cell Trait/Disease:     No

Limitations/Restrictions/Diets:
   Cell: lower bunk --- 03/11/2021
   Cleared for Food Service: Yes
   MDS Comments: care level 1

Comments:
   COVID-19 Test Negative
   Quarantine- Asymptomatic person in quarantine

Allergies
   No Known Allergies

Devices / Equipment
   Dental Appliance
   Sling

CERTIFIED MAIL

7019 2280 0001 8947 3669

RECEIVED
CLERK US DISTRICT COURT
MAR 26 2021
CENTRAL DISTRICT OF CALIFORNIA
BY

Michael Johnson #95-05-075
United States Penitentiary
PO Box 3900
Adelanto, CA. 92301

Legal Mail

United States District Court
Central District of California
c/o Atn. King K. Gray, Clerk
First Street U.S. Courthouse
350 W. 1st St.
Suite #4311
Los Angeles, CA
90012-4565

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE.



12·12·2