FULL NAME
_MICHAEL JOHNSON # 19505-075_

COMMITTED NAME (if different)
Box 26030

FULL ADDRESS INCLUDING NAME OF INSTITUTION
FCC complex (U.S.P) Beaumount

Beaumount, Texas 77720

PRISON NUMBER (if applicable)
# 19505-075

"Amended First complaint"

FILED
CLERK, U.S. DISTRICT COURT

8/3/21

CENTRAL DISTRICT OF CALIFORNIA
BY: eb   DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Johnson

PLAINTIFF,

v.

United States of America
FCI Herlong Staff in their
Individual capacity.

DEFENDANT(S).

CASE NUMBER
# 2:21-CV-2677-MCS-(MAR)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? __ONE__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   THE police officer in my criminal case committed perjury. So I sued him and it was dismissed. No other complaint exist. Til this instant Bivens suit

a. Parties to this previous lawsuit:
Plaintiff _MicHAEL JoHNSoN_

Defendants _ClARKSVille (TN.) PoliCe DEPARtMENT/OFFiceR EVoN PARKS_

b. Court _UNited StAtES FEdERAL CouRtHouSE FoR the Middle distRict OF TENNESSEE_

c. Docket or case number _DON't REMEMbER_

d. Name of judge to whom case was assigned _ALeTA A. TRAUGeR_

e. Disposition (For example: Was the case (dismissed?) If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _DiSMiSSED_

f. Issues raised: _OFFiceR EVoN PARKS Committed PERJURY UNdeR OAtH AND PHYSicAL evidence PRoved tHis. But tHe CouRt CREdited His testimoNY AS Good FAitH_

g. Approximate date of filing lawsuit: _I don't REMEMbER_

h. Approximate date of disposition _I don't REMEMbER_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not _I FiLed A "toRt ClAiM" ANd AWAitiNg tHe RESPONSE FRom WEStERN REgiONAL OFFice FoR 50,000⁰⁰ iNJURY CLAiM_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _MiCHAEL JoHNSoN #19505-075_
(print plaintiff's name)

who presently resides at _P.O. BOX 26030 FCC COMPLEX U.S.P. BEAUMoUNT BEAUMoUNT, TEXAS 77720_ ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_FedERAL CoRREctiONAL INStitutioN HERlONG (F.C.I.) P.O. BOX 800_
(institution/city where violation occurred)
_HERlONg, CA-- 96113_

on (date or dates) ___8/11/20___ , ___8/11/20___ , _____ .
                         (Claim I)         (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.    Defendant ___LT. J. MATA_____ resides or works at
         (full name of first defendant)

___FCI HERLONG - P.O. BOX 800 HERLONG, CA 96113___
(full address of first defendant)

___LEIUTENANT (SHU) - SPECIAL HOUSEING UNIT___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

HE ABUSED HIS POWER, ACTING ILLEGAllY UNDER THE COLOR OF LAW. HE COMMITTED CONSTITUTIONAL VIOLATIONS. WHICH RESULTED IN PHYISCAL INJURY TO ME

2.    Defendant THE USE OF FORCE TACTICAL TEAM MEMBERS (6 OR BETTER) IMPOSSIBLE TO I.d.
         AS HAD ON (HELMETS) (FUll FACE SHIELDS) (SHIELDS FULL BODY IN FRONT) resides or works at
         (full name of first defendant)

___HERLONG U.S.P.    HERLONG, CA 96113___
(full address of first defendant)

___TACTICAL TEAM FORCE MEMBERS___ IMPOSSIBLE TO I.d. BUT HAND HELD CAMERA
(defendant's position and title, if any)    OF INDICENT IN POSESSION OF B.O.P.
                                            THE NAMES CAN BE PROVIDE BY THE
                                            B.O.P. OF WHO WORKED THAT DAY.

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendants was acting under color of law:

THEY OBEY (S.H.U.) LT J. MATA TO ASSAULT AND INJURY ME

3.    Defendant ___NONE TIL FORCE TEAM MEMEBERS I.d.___ resides or works at
         (full name of first defendant)    BY B.O.P. RECORDS AND THE UNIT VIDIO CAMERAS
                                           AND THE HANDHELD CAMERA OF INCIDENT
(full address of first defendant)          ON THAT DAY

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

_____

---

4.  Defendant _____ *See Above (MORE defendants)* resides or works at

    —————————————————————————————
    (full name of first defendant)

    —————————————————————————————
    (full address of first defendant)

    —————————————————————————————
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    —————————————————————————————

    —————————————————————————————

5.  Defendant _____ *See Above (MORE defendants)* resides or works at

    —————————————————————————————
    (full name of first defendant)

    —————————————————————————————
    (full address of first defendant)

    —————————————————————————————
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    —————————————————————————————

    —————————————————————————————

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

D. CLAIMS*

## CLAIM I

The following civil right has been violated:

1) 8th Amendment "Excessive Force" use under false color of law

2) 5th Amendment "Due process of law" "Equal Protection of law

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) Special Houseing LT. J Mata on 8/11/20 came to my cell door with the Tactical use of force team and directed them to Assault me for zero reason. The cause of this happening. Was my cellmate Cain #91350-083 was a Protective custody inmate housed w/th me. I was a Administration detention inmate. My cellmate wanted to be moved with Anothhter Protective custody inmate, As he fear a Personal Assault. He blocked the cell door window, And toll Staff. He will not Remove it, until He got cell change. The use of force team was called. A Hand camera was Present control by staff. LT J. Mata Gave me a direct order to come to the cell door (I Complied) And Strip All the way down to my boxers, Submit to the handcuffs, then walk to the back of cell and face the wall I, Michael Johnson, comply. LT J Mata, then instructed My cellmate Cain #91350-083 to come to the door and Submit to handcuffs INMAte Cain complied. After inmate Cain submitted to All direct

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. → More defendants to be I.d. As Shown Above by B.O.P. Record and cameras.

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                 Page 5 of 6

Continue of incident explaination #page 1

ORDERS, AS WELL AS ME. Both inmates Handcuff (back). OUR ARMS Handcuff in (back) And both Facing REAR of Cell. LT MATA ORDER the Force team to "pepper SPRAY" both inmates. He then closed the door. About 15 seconds, the door was open Again, And both Cellmates (pepper SPRAY) A second time, the door was closed Again. The third time the door was opened the Force team entered the cell Assaulted inmate CAIN, dragged him out cell. I was on my Hands/knees in back of cell For 15-20 minutes "pepper SPRAYED" Hurting/burning All over my body. The Force team used they Hands on my ARMS And shoulder with extreme Force pushing me down. THEY THEN Picked me up by the Handcuffs with my Full body weight Supported by the Steel Coffs. I Heard my shoulder pop Followed by extreme severe PAIN. I semi-black out. (My left shoulder) damaged. LT J. MATA ORDERED UNDER FALSE COLOR OF LAW For the Force team, to do what it did to Cause my injury. I complied with All direct orders, was Handcuff Facing back of Cell. NAKED except Boxer Shorts. Yet LT J. MATA still pepper SPRAY me twice. THEN HAD me lift up by Steel HANDCUFFS.

A Handheld Camera, by B.O.P. Staff will confirm my Allergations LT Mullins, And officer Mirada A Few Hours later Are witneses. As they took Photos of my injured shoulder. All documents SUPPORT. I was 100% Handcuff And comply with All orders given by LT. MATA. Yet he still Attack me (3) Times
1) Pepper Stray  2) Second pepper SPRAY  3) Damage my shoulder For life,

Continue of incident explaination # page 2
DEFENDANT # 1

1) LT. J MATA (Special Housing Unit) is A defendant

2) LT J. MATA "pepper spray me "twice" without Jost legal Cause, under Falsee Color of Law, He Caused A Lifetime shoulder injury and Permanent Nerve damage, Permanent Weakness of Shoulder ball/Socket Supported by B.O.P. Medical Records and Video Camera

3) Constitutionally the 5th and 8th Amendments were 100% Violated in this case at bar by LT J. MATA. Who Attacked A Handcuff (Subdued) inmate. Who offer "0" Resistance or A threat

4) LT J. MATA Caused(did) All the Above Willfully/illegal Against the Color of Law. No! Treat or Assault was present to Protect Staff or LT J. MATA

5) Petitioner Suffered breathing Problems For Months and Chemical burns of Butt, back, Arms, Face, Chest. That lingered for 4½ Months. Mental Suffering and lifetime Fear of Staff. Additionally Lifetime damage to Shoulder Nerves and ball/Socket of Shoulder Joint. Muscle Hairline Spitting. Lower left Arm & Shoulder spasm quite Regular. Still continue to this day (One Year later) Pain Constantly in Shoulder.

DEFENDANTS # 2

THE USE OF FORCE TEAM (6-9) MEMBERS.
They were in Helmets with Full Face Shields dress in body Armour and gloves. Additionally Had Floor Shields to Five Feet High.

Continue of incident explaination # page 3

It is "impossibe" to (I.d.) the use of force team in such circumstances. Petitioner "Petition this Court to get the names of each team member. By the b.O.P. Records of who worked that day on this team + View the wall/ceiling cameras and the hand helk. camera. The entire force team was involed in my injury. And shouldn't be Allowed to escape this suit, due to (cover up) completely. You could not even tell their race, Age, name, Height.

1) This team members assault me twice by pepper stray

2) And attack me damageing my shoulder. By lifting up my body weight by steel Handcuffs, causeing lifetime injury to Nerues, muscles and bone.

3) Constitutional Rights (Amendment 5 and 8 were 100% violated

4) No treat or assault was present, under color of law existed to be attacked by (6-9) use of force team members

Rule 8 Showing of law Has been met for All defendants.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

FOR MY EMOTIONAL, PHYSICAL, PAIN DURESS. I AM legally ENTITLE to MONETARY RELIEF OF $1.5 Million dollars FOR MY "lifetime" dAMAGE to MY SHOULDER/ARM (lEFT) NERVES, bone, ANd MUSCLES. I Now FEAR STAFF. THE PAIN, NERVE twitching, WEAKNESS OF lEFT ARM/SHOULDER is PERMANENT FOR LIFE. I 100% comply WITH All ORdERS. I WAS NOT A threat.

7/27/21
(Date)

_(Signature of Plaintiff)_

Michael Johnson # 19505-075

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, MICHAEL | | | | Reg #: | 19505-075 |
| Date of Birth: | 11/22/1977 | Sex: | M | Race:BLACK | Facility: | HER |
| Note Date: | 08/12/2020 07:09 | Provider: | Bullock, Shay NP-C | | Unit: | Z01 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Bullock, Shay NP-C

Per RN's report: inmate's shoulder was injured as a disturbance control team entered their cell to restrain his barricaded cell mate.  He reports tenderness to touch and guards at any ROM.

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Shoulder-2 view [Left] | One Time | | 08/13/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

inmate reports his left shoulder was injured in a use of force last night, tenderness to touch and guards at any ROM.

**Disposition:**

To be Evaluated by Provider

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bullock, Shay NP-C on 08/12/2020 07:13

Requested to be cosigned by  Allred, D. DO/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, MICHAEL | | | Reg #: | 19505-075 |
| Date of Birth: | 11/22/1977 | Sex: | M    Race:BLACK | Facility: | HER |
| Note Date: | 08/12/2020 08:29 | Provider: | Bullock, Shay NP-C | Unit: | Z01 |

Review Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Bullock, Shay NP-C

Medical trip return from ophthalmogy.
Medical trip return, documents to be scanned into record. Recommend 6 month follow up and formal visual field testing.

**ASSESSMENTS:**

Injury  muscle/fascia/tendon at shoulder/uppper arm, S46909S - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 08/12/2020 08:29 |

**Prescriber Order:**    two tabs Orally  -four times a day x 4 day(s)

Indication:   Injury  muscle/fascia/tendon at shoulder/uppper arm

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Bullock, Shay NP-C on 08/12/2020 08:30

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | JOHNSON, MICHAEL | | | Reg #: | 19505-075 |
|---|---|---|---|---|---|
| Date of Birth: | 11/22/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/12/2020 07:09 | Provider: | Bullock, Shay NP-C | Facility: | HER |

**Cosigned by Allred, D. DO/CD on 08/12/2020 15:03.**

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  19505-075                    Inmate Name:  JOHNSON, MICHAEL

### Housing Status

___ confined to the living quarters except ___meals ___pill line ___treatments      Exp. Date: _____

___ on complete bed rest: _____bathroom privileges only      Exp. Date: _____

**X** cell: ___cell on first floor ___single cell **X** lower bunk ___airborne infection isolation      Exp. Date: 03/11/2021

**X** other:  Please allow inmate to purchase milk of magnesia from the commissary.      Exp. Date: 11/09/2020

### Physical Limitation/Restriction

___ all sports      Exp. Date: _____

___ weightlifting: ___upper body ___lower body      Exp. Date: _____

___ cardiovascular exercise: ___running ___jogging ___walking ___softball      Exp. Date: _____
         ___football ___basketball ___handball ___stationary equipment

___ other: _____      Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Sling | 09/11/2020 | 09/24/2020 | |
| instead of sling: <br> use rest, elevation, alternate cold or warm compresses, and OTC pain mediation to manage pain | | | |
| Dental Appliance | 01/18/2012 | | |

### Work Restriction / Limitation:

Cleared for Food Service:  **Yes**

**X** No Restrictions

**Comments:**  care level 1

_____**Bullock, Shay NP-C**_____      **09/24/2020**
Health Services Staff                                                                                Date

Inmate Name: _____**JOHNSON, MICHAEL**_____   Reg #: ____**19505-075**____   Quarters: ___**A11**___

***ALL EXPIRATION DATES ARE AT 24:00***

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, MICHAEL | | Reg #: | 19505-075 |
| Date of Birth: | 11/22/1977 | Sex:  M   Race:  BLACK | Facility: | HER |
| Encounter Date: | 09/11/2020 07:51 | Provider:  Bullock, Shay NP-C | Unit: | Z06 |

---

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:  Bullock, Shay NP-C

Chief Complaint:   Chronic Care Clinic

Subjective:        42 year old African American Male
                   prd 7/2023

                   HTN WNL in clinic today
                   lipids: still awaiting labs
                   pre-DM on metformin
                   CKD(2) low protein diet 9/19: GFR 67
                   glaucoma> ou surgery, no drops.
                   recommend 6 mos follow up for formal visual field testing
                   shoulder

Pain:              Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/11/2020 07:54 |
| Location: | Shoulder-Left |
| Quality of Pain: | Shooting |
| Pain Scale: | 8 |
| Intervention: | APAP low dose, warm compress |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1 Month |
| Duration: | 1 Month |
| Exacerbating Factors: | movement |
| Relieving Factors: | hot shower |
| Reason Not Done: | |
| Comments: | |

---

**Seen for clinic(s):** Endocrine/Lipid, Hypertension, Orthopedic/Rheumatology

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/11/2020 | 07:51 HER | 98.0 | 36.7 | | Bullock, Shay NP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/11/2020 | 07:51 HER | 94 | | | Bullock, Shay NP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

---

| Reg #: 19505-075 | Inmate Name: JOHNSON, MICHAEL |
|---|---|

SENSITIVE BUT UNCLASSIFIED -- This information is confidential and must be appropriately safeguarded.

Pending Institutional Clinical Director Action
   No Data Found

Pending UR Committee Action
   Consultation/Procedure Requested: Radiology
   Subtype: MRI, Offsite
   Priority: Routine
   Location: Offsite
   Ordered Date: 09/11/2020
   Scheduled Target Date: 10/02/2020
   Level Of Care:

   Reason for Request: Requesting an MRI of the left shoulder for 42 year old black male was injured by being lifted from prone position in hand cuffs. X-ray was negative. ROM has not improved after 4 weeks of conservative therapy.
   Provisional Diagnosis:

Pending Regional Review Action
   No Data Found

Pending Scheduling
   No Data Found

Pending Consultation
   Consultation/Procedure Requested: Ophthalmology
   Subtype: Offsite Eval
   Location: Offsite
   Ordered Date: 08/12/2020
   Scheduled Target Date: 02/01/2021
   Scheduled Date: **SEE BEMR**
   Level Of Care: Medically Necessary-Acute or Emergent

   Reason for Request: Consulting ophthalmologist Recommend 6 month follow up and formal visual field testing.
   Provisional Diagnosis:

Pending Results
   No Data Found

Sickle Cell:
   Sickle Cell Trait/Disease:    No

Limitations/Restrictions/Diets:
   Cell: lower bunk --- 03/11/2021
   Cleared for Food Service: Yes
   MDS Comments: care level 1

Comments:
   COVID-19 Test Negative
   Quarantine- Asymptomatic person in quarantine

Allergies
   No Known Allergies

Devices / Equipment
   Dental Appliance
   Sling



Micheal Johnson # 19505-075
FCC Beaumount U.S.P. Complex
P.O. Box 26030
Beaumont, Texas 77720

MAR

Legal Mail

Bivens Suit
#2:21-CV-2677
MCS/MAR - Judges

Clerk of Court / United States district Court
Central district of California
255 East temple Street Room 180
Los Angeles, California 90012

FOREVER / USA   FOREVER / USA   USA   FOREVER / USA   FOREVER / USA

9001283332 CO32